1

2

3

4

5

6

7

8

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05-0435-FFM |
| Plaintiff, | |
| v. | **ORDER OF DETENTION** |
| DERRICK ECHOLS, | **[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]** |
| Defendant. | |

The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A.     (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on (1) his unverified background; (2) his lack of bail resources; (3) the instant allegations indicate that he is not amenable to supervision; and (4) defendant submitted to detention request.

and/or

1   B.      ( )  The defendant has not met his/her burden of establishing by clear and convincing

2           evidence that he/she is not likely to pose a danger to the safety of any other person or the

3           community if released under 18 U.S.C. § 3142(b) or (c).   This finding is based

4           on:_____

5           _____

6           IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending

7   further revocation proceedings.

8

9   Dated: _____Dec. 29_____, 2009.

10                                                    _____

11                                                    Fernando M. Olguin
                                                      United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28